IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| CYRILL A. KOLOCOTRONIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4267-CV-C-SOW |
| ) | |
| DAN SULLIVAN, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On December 13, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on January 3, 2007. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of December 13, 2006, is adopted. [4] It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to 28 U.S.C. § 1915 and the General Order <u>In re Cyrill Athanasios Kolocotronis</u> (W.D. Mo. Aug. 28, 2003).

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: <u>January 29, 2007</u>